## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA (Oakland)

| | |
|---|---|
| RICKY GARCIA,<br><br>    Plaintiff - Appellant,<br>v.<br><br>ARNOLD SCHWARZENEGGER,<br>Governor; et al.,<br><br>    Defendants - Appellees. | No. 07-16789<br>D.C. No. CV-05-04009-CW<br><br>**ORDER** |

**FILED**
OCT 29 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

This appeal has been taken in good faith    [x]

This appeal is not taken in good faith    [ ]

Explanation: See attached Order Granting Defendants' Motion to Dismiss and Motion for Summary Judgment.

_(signature)_
Judge
United States District Court

Date: OCT 29 2007